Judge: Philip H. Brandt

Chapter: 13

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>JOHN-LUKE D. PECK AND<br>REBECCA L. UNDERWOOD<br><br>Debtors. | IN CHAPTER 13 PROCEEDING<br>NO. 08-16493<br><br>ORDER CONFIRMING<br>CHAPTER 13 PLAN |

**This Matter** having come on for hearing this date before the undersigned bankruptcy Judge, and the Court having heard the arguments, if any, for and against confirmation of the plan proposed herein, and having heard the Trustee's recommendations concerning the plan, the Court does therefore hereby ORDER:

1. That subject to the terms of this order, the plan proposed by the debtors dated 11-26-08 is hereby confirmed;

2. That original attorney fees are set in the amount of $1,800.00;

3. That the debtors shall incur no additional debt except after obtaining prior Court permission;

4. That the debtors shall inform the Trustee of any change in circumstances, or receipt of additional income, and shall further comply with any requests of the Trustee with respect to additional financial information the Trustee may require;

5. That the Trustee shall charge such percentage fee as may periodically be fixed by the Attorney General pursuant to 28 U.S.C. section 586(e);

6. That during the pendency of the plan hereby confirmed, all property of the estate, as defined by 11 U.S.C. section 1306(a), shall remain vested in the debtors, under the exclusive jurisdiction of the Court, and further, that the debtors shall not, without specific approval of the Court, lease, sell, transfer, encumber or otherwise dispose of such property;

7. That all disposable income received by the debtors beginning on the date the first payment is due under the plan shall be applied as payments under the plan pursuant to 11 U.S.C. section 1325(b)(1)(B), unless the Court orders otherwise.

Dated: January 20, 2009

_/s/ Karen A. Overstreet_
Philip H. Brandt, Judge

Presented by:

/s/ _K. Michael Fitzgerald_
K. Michael Fitzgerald,
WSBA #8115
Chapter 13 Trustee

ORDER CONFIRMING CHAPTER 13 PLAN

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124 Fax: (206) 624-5282